```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 08668
    BRANDON C ELLINGTON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-7909


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/10/2008 and was not confirmed.

    The case was dismissed without confirmation 07/21/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  SECURED NOT I       .00            .00           .00
COOK COUNTY TREASURER     SECURED          4700.00            .00           .00
LINCOLN CROSSING TOWNHOM  SECURED           700.00            .00           .00
VILLAGE OF RICHTON PARK   SECURED           120.00            .00           .00
WACHOVIA DEALER SERVICES  SECURED VEHIC   12561.00            .00        375.00
WASHINGTON MUTUAL BANK    CURRENT MORTG       .00            .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY         4241.31            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED           .00           .00
ACCOUNTS RECOVERY BUREAU  UNSECURED       NOT FILED           .00           .00
ALLIED INTERSTATE         UNSECURED       NOT FILED           .00           .00
AMERICAN FAMILY           UNSECURED       NOT FILED           .00           .00
TSYS TOTAL DEBT MANAGEME  UNSECURED       NOT FILED           .00           .00
COLLECTION CO OF AMERICA  UNSECURED       NOT FILED           .00           .00
CITIBANK                  UNSECURED       NOT FILED           .00           .00
COLLECTECH SYSTEMS        UNSECURED       NOT FILED           .00           .00
COMCAST                   UNSECURED       NOT FILED           .00           .00
COMMONWEALTH EDISON       UNSECURED          558.00           .00           .00
CREDIT PROTECTION         UNSECURED       NOT FILED           .00           .00
CREDITORS COLLECTION BUR  UNSECURED       NOT FILED           .00           .00
DIRECT TV                 UNSECURED       NOT FILED           .00           .00
FIRST NAITONAL CREDIT/LE  UNSECURED       NOT FILED           .00           .00
PREMIER BANKCARD          UNSECURED          409.87           .00           .00
PREMIER BANKCARD          UNSECURED          342.53           .00           .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00           .00
LVNV FUNDING              UNSECURED          533.53           .00           .00
HSBC BANK NEVADA/HSBC CA  UNSECURED          523.81           .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED           .00           .00
MERRICK BANK              UNSECURED       NOT FILED           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
OAK FOREST HOSPITAL       UNSECURED       NOT FILED           .00           .00
PROFFESSIONAL ACCOUNT MG  UNSECURED       NOT FILED           .00           .00
RMI/MCSI                  UNSECURED          190.00           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08668 BRANDON C ELLINGTON
```

```
TRINITY HOSPITAL          UNSECURED        1318.95              .00              .00
WEST ASSET MANAGEMENT     UNSECURED       NOT FILED             .00              .00
WINDY CITY EMERG PHY      UNSECURED       NOT FILED             .00              .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    6608.00              .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED         684.22              .00              .00
WASHINGTON MUTUAL         NOTICE ONLY     NOT FILED             .00              .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED             .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,491.50                            630.56
TOM VAUGHN                TRUSTEE                                              87.44
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              1,093.00

PRIORITY                                          .00
SECURED                                        375.00
UNSECURED                                         .00
ADMINISTRATIVE                                 630.56
TRUSTEE COMPENSATION                            87.44
DEBTOR REFUND                                     .00
                   ---------------          ---------------
TOTALS               1,093.00                1,093.00

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE